Matthew A. Silverman, Esq. (018919)
Lindsay Leavitt, Esq. SBN 029110
**McCarthy, Holthus & Levine**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (877) 369-6122
Fax (480) 302-4101

Attorney for:
GNMA I, its assignees and/or successors, and the servicing agent MetLife Home Loans a
division of MetLife Bank NA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 2:12-bk-01727-CGC |
| | § | |
| **Marc Cakebread and Jennifer Michelle Cakebread** | § | Chapter: 7 |
| | § | |
| Debtors | § | |

## NOTICE OF APPEARANCE
## PURSUANT TO BANKRUPTCY RULE 9010

PLEASE TAKE NOTICE THAT following attorney represents GNMA I, its assignees
and/or successors, in the above referenced bankruptcy case:

**McCarthy, Holthus & Levine**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
(877) 369-6122

Dated: 2/3/2012                    **McCarthy, Holthus & Levine**


                                   By:  _/s/  Lindsay Leavitt, Esq._
                                       Lindsay Leavitt, Esq.
                                       Attorney for Metlife

Matthew A. Silverman, Esq. (018919)
Lindsay Leavitt, Esq. SBN 029110
**McCarthy, Holthus & Levine**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (877) 369-6122
Fax (480) 302-4101

Attorney for: Secured Creditor,
GNMA I, its assignees and/or successors, and the servicing agent MetLife Home Loans a
division of MetLife Bank NA

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Marc Cakebread<br>Jennifer Michelle Cakebread,<br><br>       Debtors.<br><br>GNMA I, its assignees and/or successors in interest,<br><br>       Secured Creditor,<br><br>  v.<br><br>Marc Cakebread<br>Jennifer Michelle Cakebread, Debtors,<br><br>       Respondents. | ) In Proceedings Under<br>) Chapter 7<br>)<br>)<br>)<br>) Case No. 2:12-bk-01727-CGC<br>)<br>)<br>) **PROOF OF SERVICE OF NOTICE OF**<br>) **APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On 2/3/2012, I served the foregoing NOTICE OF APPEARANCE on the following individuals by electronic means through the Court's ECF program

DEBTOR(S) COUNSEL
Robert F. Clarke
heidi.r@clarkelaw-az.com

TRUSTEE
David M. Reaves
trustee@reaves-law.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Cynthia Penaloza
Cynthia Penaloza

On 2/3/2012, I served the foregoing **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Jennifer Michelle Cakebread, 1647 W Dion Dr, Phoenix, AZ 85086

Marc Cakebread, 1647 W Dion Dr, Phoenix, AZ 85086

OTHER LIEN HOLDER(S)
First Horizon Home Loan, First Tennesse Bank Attn: Bankruptcy, Po Box 1469, Knoxville, TN 37901

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ David Fry
David Fry

File No. AZ-12-69517/Case No. 2:12-bk-01727-CGC
Proof of Service of NOTICE OF APPEARANCE