Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
480.302.4100
jkenney@mhlevine.com

Attorneys for Movant,
MetLife Home Loans a division of MetLife Bank N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Marc Cakebread,<br>Jennifer Michelle Cakebread,<br>aka Jennifer Breeding,<br>aka Jennifer Landers,<br><br>　　　　Debtors.<br>_____<br>MetLife Home Loans a division of MetLife Bank N.A., its assignees and/or successors,<br><br>　　　　Movant,<br><br>　v.<br><br>Marc Cakebread, Jennifer Michelle Cakebread, Debtors; and David M. Reaves, Chapter 7 Trustee,<br><br>　　　　Respondents. | In Proceedings Under<br><br>Chapter 7<br><br>Case No. 2:12-bk-01727-CGC<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY ; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |

**NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief from the Automatic Stay, the details of which are as follows:

Movant has requested termination of the stay in that Debtors are in default on a lien secured by real property described as follows: 1647 West Dion Drive, Phoenix, AZ 85086.

**FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001, if no written objection is filed with the Court and a copy served on Movant, whose address is:

>  Lindsay Leavitt, Esq.
> **McCarthy ◆ Holthus ◆ Levine**
> 8502 E. Via de Ventura, Suite 200
> Scottsdale, AZ 85258

**WITHIN FOURTEEN (14) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. Movant's proposed form of Order is attached hereto as **Exhibit "1"**.

DATED: April 11, 2012

**McCarthy ◆ Holthus ◆ Levine**

By: /s/ Jessica R. Kenney
    Jessica R Kenney, Esq.
    8502 E. Via de Ventura, Suite 200
    Scottsdale, AZ 85258
    Attorneys for Movant

On 4/11/2012, I served the foregoing documents described as **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Robert F. Clarke
heidi.r@clarkelaw-az.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrada Cretu
Andrada Cretu

On 4/11/2012, I served the foregoing documents described as **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTORS
Robert F. Clarke
Clarke Law Offices
3001 E. Camleback Rd., #145
Phoenix, AZ 85016

DEBTORS
Marc Cakebread
1647 W Dion Dr
Phoenix, AZ 85086

Jennifer Michelle Cakebread
1647 W Dion Dr
Phoenix, AZ 85086

| | |
|---|---|
| 1 | TRUSTEE |
| 2 | David M. Reaves |
| | PO Box 44320 |
| 3 | Phoenix, AZ 85064 |
| 4 | OTHER LIEN HOLDERS |
| 5 | First Tennesse Bank Attn: Bankruptcy |
| | First Horizon Home Loan |
| 6 | Po Box 1469 |
| | Knoxville, TN 37901 |
| 7 | |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                    /s/ David Fry
                                                  David Fry