| | |
|---|---|
| 1 | Matthew A. Silverman (018919) |
| 2 | Jessica R. Kenney (026615) |
| | **McCarthy ◆ Holthus ◆ Levine** |
| 3 | 8502 E. Via de Ventura, Suite 200 |
| | Scottsdale, AZ 85258 |
| 4 | 480.302.4100 |
| 5 | jkenney@mhlevine.com |
| 6 | |
| 7 | Attorneys for Movant, MetLife Home Loans a division of MetLife Bank N.A., its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
| | ) |
| Marc Cakebread, | ) Chapter 7 |
| Jennifer Michelle Cakebread, | ) Case No. 2:12-bk-01727-CGC |
| aka Jennifer Breeding, | ) |
| aka Jennifer Landers, | ) |
| , | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| Debtors. | ) |
| _____ | ) |
| MetLife Home Loans a division of MetLife | ) |
| Bank N.A., its assignees and/or successors, | ) |
| Movant, | ) |
| v. | ) |
| Marc Cakebread, Jennifer Michelle Cakebread, | ) |
| Debtors; and David M. Reaves, Chapter 7 | ) |
| Trustee, | ) |
| Respondents. | ) |
| _____ | ) |

///

///

MetLife Home Loans a division of MetLife Bank N.A., its assignees and/or successors ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 1647 West Dion Drive, Phoenix, AZ 85086, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE