Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
480.302.4100
jkenney@mhlevine.com

Attorney for: Movant,
MetLife Home Loans a division of MetLife Bank N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Marc Cakebread,<br>Jennifer Michelle Cakebread,<br>aka Jennifer Breeding,<br>aka Jennifer Landers,<br><br>           Debtors.<br>_____<br>MetLife Home Loans a division of MetLife Bank N.A., its assignees and/or successors,<br><br>           Movant,<br>v.<br><br>Marc Cakebread, Jennifer Michelle Cakebread, Debtors; and David M. Reaves, Chapter 7 Trustee,<br><br>           Respondents. | Case No. 2:12-bk-01727-CGC<br><br>Chapter 7<br><br>**SUPPLEMENTAL DECLARATION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

I, _Melissa Gauger_, declare under penalty of perjury as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am a Limited Vice President of MetLife Home Loans a division of MetLife Bank NA, "Movant" herein, and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. The subject property securing the Deed of Trust loan is commonly known as 1647 West Dion Drive, Phoenix, AZ 85086.

5. Movant is the holder, and in possession, of the Promissory Note dated 08/26/2009 in the principal amount of $272,906.00. A true and correct copy of the Note is attached hereto as **Exhibit "B"**. The Note is secured by the Deed of Trust of the same date, and recorded in the Official Records of Maricopa County, on 09/17/2009. True and correct copies of the Deed of Trust is attached hereto as **Exhibit "A"**.

6. The Debtors filed bankruptcy petition on 01/31/2012.

7. Movant initiated foreclosure of the Subject Property by recording a Notice of Trustee Sale on 10/07/2011. The foreclosure sale was originally scheduled for original

01/06/2012. The next scheduled foreclosure sale date is 02/06/2012. Due to the filing of the instant bankruptcy petition, Movant is stayed from proceeding with foreclosure.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 4/4, 2012, at Irving (City), TX (State).

By: *Melissa [signature]*
Name: Melissa Gauger, Limited Vice President
Company: MetLife Home Loans, a division of MetLife Bank N.A.

State of Texas )
) ss
County of Dallas )

On 04/04/12 (date) before me, Pat Klement (Insert name of Notary Public and Title) the undersigned Notary Public, personally appeared Melissa Gauger who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me the he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed he instrument.

I certify under PENALTY of PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature *Pat Klement* (Seal)

PAT KLEMENT
MY COMMISSION EXPIRES
April 8, 2013